557 A.2d 1061

Pearlie M. PARKER, Richard W. Bittinger, Wayne Stine and Leonard Spielman, on behalf of themselves and all others similarly situated

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF LABOR AND INDUSTRY, and Harris L. Wofford, Jr., Secretary of Labor and Industry, and Knouse Foods Cooperative, Inc., Motts U.S.A., W.E. Bittinger Co., Inc., John F. Cope Co., Inc., Furman Foods, Inc., Benjamin Lipitz Co., Kresge Farm Foods, Inc., Welch Foods, Inc.

Appeals of Pearlie M. PARKER, Wayne Stine and Leonard Spielman (at No. 13) and Knouse Foods Cooperative, Inc., Motts U.S.A. Division of Cadbury Schweppes, Inc., W.E. Bittinger Co., Inc., John F. Cope Co., Inc., Furman Foods, Inc., Benjamin Lipitz Co., Kresge Farm Foods, Inc., Welch Foods, Inc. (at No. 14).

Supreme Court of Pennsylvania.

Argued May 3, 1989.

Decided May 10, 1989.

Reargument Denied Sept. 7, 1989.

Donald Marritz, Carolyn L. Carter, Gettysburg, for appellants.

John S. Oyler, H. Lee Roussel, Alan R. Boynton, Jr., Harrisburg, for Knouse Foods Co-op et al.

Kathryn H. Levering, David F. Abernethy, Philadelphia, for Cadbury Schweppes, Inc., and Motts U.S.

R. Douglas Sherman, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.

557 A.2d 1062

**RADO MECHANICAL CORPORATION and Antonio D. Rado, Appellants,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF GENERAL SERVICES; Hon. David L. Jannetta, Secretary, Department of General Services, H.P. Anderson, Deputy Secretary, Public Works, Department of General Services, and G.R. Sponaugle & Sons, Inc.**

Supreme Court of Pennsylvania.

Argued May 2, 1989.

Decided May 10, 1989.

Michael R. Lynn, Bloomsburg, for appellants.

James J. Kutz, Harrisburg, for appellee G.R. Sponaugle and Sons, Inc.

William W. Warren, Jr., Chief Counsel, Scranton, P. Alan Zulick, Dep. Chief Counsel, Norristown, Gary F. Ankabrandt, Chief, Procurement and Governmental Operations, Carlisle, Joseph F. Greenfield, Asst. Counsel, for appellee Dept. of Gen. Services.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.